SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar Number 8264

SUMMER A. JOHNSON
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard S., Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-63366
Fax: 702-388-6787
Email: summer.johnson@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 3:25-cv-442 |
| v. | ) **COMPLAINT** |
| CARLOS AGUILAR, | ) |
| Defendant. | ) |

**INTRODUCTION**

The United States of America, on behalf of its agency the United States Bureau of Land Management ("BLM"), files its complaint against Defendant Carlos Aguilar ("Defendant"), alleging as follows:

1. This is an action to seek the recovery of $494,463.82 for costs associated with suppression of the wildfire known as the "Canyon Fire" which occurred on federal lands administered and managed by BLM.

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1345 and 28 U.S.C. § 3301, *et seq*.

3. The United States brings this action under federal common law for negligence, nuisance and trespass within the time prescribed by 28 U.S.C. §2415(b).

## PARTIES

4. Plaintiff United States of America, owns, manages, and administers various parcels of public lands through the BLM and United States Department of Forest Service (USFS).

5. Both agencies also suppress uncontrolled wildfires within their jurisdiction and pursuant to cooperative agreements with each, the state and other federal agencies.

6. Defendant Carlos Aguilar ("Defendant"), is an individual residing in Lyon County Nevada, making venue proper in the District of Nevada pursuant to 28 U.S.C. § 1391(b).

## FACTS

7. In or around August 21, 2019, a wildfire started on public lands managed by the United States Department of the Interior, BLM.

8. The fire was started from shooting activities conducted by Defendant on public lands administered by the Carson City District, Bureau of Land Management. This fire, called the Canyon Fire, burned a total of 441 acres.

9. Defendant Aguilar initially fled the scene upon ignition. A reward was offered for information leading to identification regarding the responsible party.

10. Upon information and belief, investigators were led to Defendant Aguilar, who initially denied responsibility on several occasions.

11. Eventually, Defendant Aguilar admitted to causing the fire and for giving false information on the previous interviews.

12. During the investigation, it was determined that the fire was caused by steel ammunition being fired by Defendant at targets within an unauthorized shooting complex located just outside of Topaz Ranch Estates.

13. Steel component ammunition was prohibited by a seasonal BLM Fire Prevention Order, pursuant to 43 CFR 9212.2, at the time of the fire.

14. BLM Nevada prohibits steel component ammunition due to its propensity to spark fires, which is supported by the 2013 US Forest Service *A Study of Ignition by Rifle Bullets* (Finney).

15. To date, Defendant has not voluntarily paid any amounts toward this debt.

16. Numerous attempts were made to contact Defendant by and though his attorney. These communications led to no constructive resolutions to the outstanding amounts.

17. Costs incurred in the suppression of this fire total $494,463.82.

## FIRST CLAIM: NEGLIGENCE

18. The United States re-states, and re-alleges paragraphs 1-17 as if fully set forth herein.

19. Defendant had a duty to use reasonable care to take precautions against the start and spread of wildfires by not utilizing steel ammunition.

20. Defendant breached his duty by failing to use reasonable care in the conduct of his actions.

21. Defendant's negligence was a proximate cause of the start and/or spread of the Canyon Fire to public lands.

22. Alternatively, Defendant is negligent under the doctrine of *res ipsa loquitor*.

23. As a result of Defendant's negligence, the United States has suffered damages in the amount of $494,463.82.

## SECOND CLAIM: NUISANCE

24. The United States re-alleges paragraphs 1-23 as if fully set forth herein.

25. The ignition of the Canyon fire on public lands caused an obstruction with the free use of property and enjoyment of real property constituting a nuisance under common law as well as under Nevada Revised Statute 40.140.

26. As a result of Defendant's nuisance, the United States has suffered damages as set forth herein.

**THIRD CLAIM: TRESPASS BY FIRE**

27. The United States re-alleges paragraphs 1-26 as if fully set forth herein.

28. Defendant's actions constitute a wrongful interference with the United States' right to exclusive possession of real property resulting in a common law trespass.

29. As a result of Defendant's nuisance, the United States has suffered damages as set forth herein.

**DAMAGES**

30. As a result of The Canyon fire, the United State incurred general damages to property and costs of fire suppression in the amount of no less than $494,463.82. This includes costs incurred by both BLM and USFS.

31. The United States has made demand for payment upon the Defendant prior to the filing of this Complaint. Demand for payment has not been met.

**WHEREFORE**, the United States requests that the Court order Defendant to pay damages in the amount of no less than $494,463.82, general damages for injury to property, court costs, fees, and such other and further relief as this Court dees appropriate.

Dated this 21st day of August, 2025.

Respectfully submitted,

SIGAL CHATTAH
Acting United States Attorney

*/s/ Summer A. Johnson*
SUMMER A. JOHNSON
Assistance United States Attorney